**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1611**

_____

MONICA GAIL GOFF,

        Plaintiff - Appellant,

    v.

GAIL B. GOFF, USPS City Mail Carrier,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:25-cv-00024-NKM)

_____

Submitted:  October 16, 2025                    Decided:  October 20, 2025

_____

Before KING, AGEE, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Monica Gail Goff, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica Gail Goff appeals the district court's order denying her motion to transfer venue and dismissing, after a review pursuant to 28 U.S.C. § 1915(e), her civil complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. *See, e.g.*, 28 U.S.C. § 1391(b) (providing that venue is proper in any "judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or] a judicial district in which a substantial part of the events . . . giving rise to the claim occurred"); *Francis v. Giacomelli*, 588 F.3d 186, 193 (4th Cir. 2009) ("[N]aked assertions of wrongdoing necessitate some factual enhancement within the complaint to cross the line between possibility and plausibility of entitlement to relief." (internal quotation marks omitted)). Accordingly, we affirm the district court's order. *Goff v. Goff*, No. 6:25-cv-00024-NKM (W.D. Va. May 1, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2